UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON THOMAS BROCK, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-21-36-G |
| SCOTT CROW, DOC Director, | ) ) ) |
| Respondent. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 34) filed by Petitioner Aaron Thomas Brock. Although the Motion states that the relief requested is opposed by Respondent, no objection to the Motion was filed within the time allowed.

Excusable neglect and good cause having been shown, Petitioner's Motion is GRANTED. Petitioner may file an objection to the Report and Recommendation issued August 24, 2021, no later than November 2, 2021.

Petitioner's counsel shall file an entry of appearance in accordance with this Court's Local Civil Rules no later than November 2, 2021.

IT IS SO ORDERED this 27th day of October, 2021.

_____
CHARLES B. GOODWIN
United States District Judge